# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM A. BROWN, | : |
| | : 1:19-CV-1190 |
| Plaintiff, | : |
| | : Hon. John E. Jones III |
| v. | : |
| | : |
| KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, INC. | : |
| | : |
| Defendant. | : |

## Order

## December 27, 2019

Presently before the Court is Defendant's Motion to Dismiss Plaintiff's Complaint. (Doc. 15). In conformity with the Memorandum issued on today's date, **NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss Plaintiff's Complaint, (Doc. 15), is **GRANTED**.

2. The Clerk of the Court **SHALL CLOSE** the file on this case.

/s/ John E. Jones III
John E. Jones III
United States District Judge